Shannon Coit, DFPD
Office of Federal Public Defender
321 East Second Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 23-cr-00564-MFW |
| Arian Alani | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Arian Alani that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Rozella A. Oliver by order dated: November 22, 2023

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Initial bond hearing was continued and the defense did not present any facts, including sureties, to the Court in support of release. The parties have conferred and respectfully request a bond hearing for 9:00 a.m. on Wednesday, December 20 with the understanding that the Court is also available at that time.

Relief sought *(be specific):*

Forthwith release subject to bond conditions, including $200,000 surety bond partially secured by cash ($20,000); location monitoring with curfew; surrender of all travel documents; travel restriction to Central District of California; participation in outpatient drug treatment and drug testing; mental health evaluation; and any other conditions the Court deems appropriate.

Counsel for the defendant and plaintiff United States Government consulted on December 13, 2023 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☑ Probation on December 15, 2023.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| December 15, 2023 | /s/ Shannon Coit |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)