1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
2 | CHRISTY O'CONNOR (Bar No. 250350)
Deputy Federal Public Defender
3 | (E-Mail: Christy_O'Connor@fd.org)
321 East 2nd Street
4 | Los Angeles, California 90012-4202
Telephone: (213) 894-4863
5 | Facsimile: (213) 894-0081

6 | Attorneys for Defendant
ARIAN ALANI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 2:23-cr-00564-MWF-2 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ARIAN ALANI, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Christy O'Connor, hereby gives notice that she has been assigned to represent Defendant Arian Alani in this matter.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Christy O'Connor receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 20, 2023    By: */s/ Christy O'Connor*
CHRISTY O'CONNOR
Deputy Federal Public Defender