| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Shannon Coit, DFPD<br>Office of the Federal Public Defender<br>321 E. 2nd Street<br>Los Angeles, CA 90012 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Arian Alani<br><br>DEFENDANT. | CASE NUMBER<br><br>23-cr-00564-MWF<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant  Arian Alani
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge  Rozella A. Oliver _____ by order dated: February 12, 2024

    ☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
    ☐ ordering release upon certain conditions, or
    ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

The defense appeals the Magistrate Judge's denial of bond and order for detention.

    Relief sought *(be specific)*:
Release subject to the following bond conditions: (1) $300,000 bond fully secured in cash by Cedric Cid (Mr. Alani's partner); (2) $50,000 unsecured bond signed by Amir Alani (Mr. Alani's father); (3) immediate enrollment into a residential drug treatment facility; (4) drug testing; (5) mental health evaluation; (6) location monitoring with curfew or home confinement; (7) surrender of all travel documents; (8) travel restriction to Central District of California; and (9) any other conditions the Court deems appropriate.
    Counsel for the defendant and plaintiff United States Government consulted on March 14, 2024
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on March 14, 2024  (email notice given to PSA on March 15, 2024)

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 3/15/2024 | /s/ Shannon Coit |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)