Name & Address:

Shannon Coit, DFPD
Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 23-cr-00564-MWF |
| v. | |
| Arian Alani | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☑ District Judge  Michael W. Fitzgerald

☐ Magistrate Judge

on April 15, 2024 at 2:30  ☐ a.m.  ☒ p.m.

in courtroom 5A.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

April 10, 2024                *Rita Sanchez*                rita_sanchez@cacd.uscourts.gov
Date                          Deputy Clerk                  Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☑ PSA.

---

NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A (10/09)