# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2) ARIAN ALANI,<br><br>    Defendant. | Case No. 23-cr-00564-MWF -- 02<br><br>**ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

The Court has reviewed Defendant Arian Alani's Ex Parte Application for Order to File Documents Under Seal (the "Sealing Application"). (Docket No. 168). For good cause shown, the Sealing Application is GRANTED. IT IS HEREBY ORDERED that Defendant's *Ex Parte* Application for Order Permitting Temporary Release of Arian Alani to Attend His Partner's Memorial Service and Declaration of Counsel, shall be filed **UNDER SEAL**.

Dated: February 5, 2025

                                              MICHAEL W. FITZGERALD
                                              United States District Judge